528 P.2d 649

**Juan Lorenzo BACA, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 10190.**

Supreme Court of New Mexico.

Oct. 31, 1974.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1214, 87 N.M. 12, 528 P.2d 656 be and the same is hereby returned to the Clerk of the Court of Appeals.

528 P.2d 649

**STATE of New Mexico, Petitioner,**

v.

**Bernabe D. MAESTAS, Respondent.**

**No. 10191.**

Supreme Court of New Mexico.

Nov. 11, 1974.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1294, 87 N.M. 6, 528 P.2d 650 be and the same is hereby returned to the Clerk of the Court of Appeals.

528 P.2d 649

**Joe C. PHILLIPS and Wyama M. Phillips, Petitioners,**

v.

**Stephen SMITH, a minor, et al., Respondents.**

**No. 10170.**

Supreme Court of New Mexico.

Oct. 21, 1974.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby·denied.

Further ordered that the record in Court of Appeals Cause No. 1132, 87 N.M. 19, 528 P.2d 663 be and the same is hereby returned to the Clerk of the Court of Appeals.